# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Kathleen Finn,                                    Civil No. 08-3354 (RHK/SRN)

          Plaintiff,                       **DISQUALIFICATION AND**
                                                  **ORDER FOR REASSIGNMENT**

vs.

Wyeth, Wyeth Pharmaceuticals, Inc., Pharmacia
& Upjohn Company LLC, Pfizer, Inc., Pharmacia
& Upjohn LLC, Pharmacia Corporation, Greenstone Ltd.,
Barr Laboratories, Inc., a subsidiary of Barr
Pharmaceuticals, Inc., Duramed Pharmaceuticals, Inc.,
a subsidiary of Barr Pharmaceuticals, Inc., Solvay
Pharmaceuticals, Inc., Novartis Pharmaceuticals, Inc.,

          Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  June 30, 2008

                        s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge